IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRY W. COWENS,                           No. 2:08-cv-2779 MCE JFM (PC)

    Plaintiff,

  vs.                                          ORDER

SACRAMENTO COUNTY JAIL
MENTAL HEALTH,

    Defendants.
_____/

       Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

       On February 26, 2009, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Neither party has filed objections to the findings and recommendations.

///

///

1

1       Although it appears from the file that plaintiff's copy of the findings and
recommendations was returned, plaintiff was properly served. It is the plaintiff's responsibility
to keep the court apprised of his current address at all times. Pursuant to Local Rule 83-182(f),
service of documents at the record address of the party is fully effective.

      The court has reviewed the file and finds the findings and recommendations to be
supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY
ORDERED that:

    1. The findings and recommendations filed February 26, 2009, are adopted in full; and

    2. This action is dismissed without prejudice. <u>See</u> Local Rule 11-110; Fed. R. Civ. P. 41(b).

Dated: March 27, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE